UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**RAYMOND T. MAHLBERG,**         CASE No. 22-cv-21959-KMW
    Plaintiff,

v.

**CAROLINA HERRERA LTD.,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff **RAYMOND T. MAHLBERG** and Defendant **CAROLINA HERRERA LTD.**, by and through undersigned counsels hereby file this Joint Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Parties anticipate that a Joint Stipulation for Dismissal with Prejudice will be filed within sixty (60) days.

Dated this 19th day of August 2022.

| | |
|---|---|
| By: */s/ Acacia Barros* <br> Acacia Barros, Esq. <br> Florida Bar No. 106277 <br> Email: ab@brroslawfirm.com <br> ACACIA BARROS P.A. <br> 11120 N. Kendall Drive <br> Miami, FL 33176 <br> Phone: (305) 639-8331 <br><br> *Attorney for Plaintiff* | By: */s/Christine Fuqua Gay* <br> Christine Fuqua Gay, Esq. <br> Florida Bar No. 26009 <br> Email: christinegay@hklaw.com <br> HOLLAND & KNIGHT, LLP <br> 701 Brickell Avenue, Suite 3000 <br> Miami, FL 33131 <br> Phone: (305) 789-7447 <br><br> *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2022 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel via CM/ECF system and/or email.

/s/*Acacia Barros*
Attorney for Plaintiff
ACACIA BARROS, P.A.